UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:
**JAMES L. FARRIES, II**
**NANCY L. FARRIES**
    Debtors                                   Case No: 15-22443 KL

## OBJECTION TO CLAIM

    Comes now Paul R. Chael, Standing Chapter 13 Trustee herein, and objects to the secured claim of Seterus, filed April 12, 2016, claim number 20, on the basis that the creditor failed to attach evidence of a writing on which the debt is based contrary to bankruptcy rule 3001 (c)(1).

    **WHEREFORE,** Trustee prays for an Order disallowing the secured claim of Seterus, claim #20, and for all other appropriate relief.

                                                          /s/Paul R. Chael
                                                           Paul R. Chael,
                                                           Standing Chapter 13 Trustee
                                                           Indiana Atty. No. 3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Kevin Schmidt – schmidtcourtmail@gmail.com
Stephen K. Andrews – sandrews@bbanda.com
Sarah E. Barngrover – amps@manleydeas.com
David M. Johnson – bankruptcy@doylefoutty.com
Michael J. Kulak – bankruptcy@unterlaw.com
James G. Lauck – kmw@kgrlaw.com
Christopher J. Neeson – bankruptcy@bbanda.com
Susan M. Woolley – ndbkr@feiwellhannoy.com

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

Debtors – James and Nancy Farries, 5635 E. 5th Place, Gary, IN 46403

Creditor – Seterus, c/o Susan M. Woolley, Esq., Feiwell & Hannoy, 8415 Allison Point Blvd., Suite 400, Indianapolis, IN 46250

                                                           /s/ Paul R. Chael
                                                          Paul R. Chael
                                                          401 West 84th Drive
                                                           Merrillville, IN 46410
                                                          (219) 650-4015