B2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
Northern District Of Indiana

In re: James L. Farries, II  
Nancy L. Farries fka Nancy Rodriguez

Case No. 15-22443-kl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not individually but solely as trustee for the holders of the Bear Stearns Asset Backed Securities I Trust 2005-AC8, Asset Backed Certificates, Series 2005-AC8 | U.S. Bank National Association, not individually but solely as trustee for the holders of the Bear Stearns Asset Backed Securities I Trust 2005-AC8, Asset Backed Certificates, Series 2005-AC8 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
PHH Mortgage Corporation  
Attn: Bankruptcy Department  
P.O. Box 24605  
West Palm Beach, FL 33416-4605  
Phone:   855-689-7367  
Last Four Digits of Acct #:     9809

Court Claim # (if known):    19-1  
Amount of Claim:    $39,677.10  
Date Claim Filed:    February 26, 2016

Phone:    888-554-6599  
Last Four Digits of Acct #:    9809

Name and Address where transferee payments should be sent (if different from above):  
PHH Mortgage Services  
Mailstop SBRP  
PO Box 5469  
Mount Laurel, NJ 08054  
Phone:    800-750-2518  
Last Four Digits of Acct #:     9809

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Michael J. Kulak            Date:    June 26, 2020  
        Transferee /Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.